THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OCTAVIO JORDAN, Appellant.— Judgments of conviction of the Court of Special Sessions of the

† Affd., 265 N. Y. ——.

City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.